IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOME REALTY NETWORK, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. C-13-0984 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL AND SUPPORTING DECLARATION** |

    On March 7, 2013, the above-titled action was reassigned to the undersigned.

    To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendants to submit forthwith a chambers copy of the Notice of Removal, filed March 5, 2013, and the Declaration of Pam Matsufuji in Support of Notice of Removal, filed March 5, 2013.

**IT IS SO ORDERED.**

Dated: March 14, 2013

MAXINE M. CHESNEY
United States District Judge