IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN HOME REALTY NETWORK, INC. and JONATHAN J. CARDELLA,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case Nos. 13-0360 SC<br>　　　　　　13-0984 SC<br><br>ORDER GRANTING MOTION TO STAY |

　　Now before the Court is Defendants/Counterclaimants American Home Realty Network, Inc. and Jonathan J. Cardella's motion to stay the case. ECF No. 96 ("Mot."). The motion is fully briefed, ECF Nos. 109 ("Opp'n"), 111 ("Reply"), and appropriate for decision without oral argument, Civ. L.R. 7-1(b). The Court finds that the profusion of issues in this case and the underlying cases counsels staying this case until the underlying cases are resolved.[1]  This

---

[1] The underlying cases are listed and discussed in the parties' briefs on this motion. If additional underlying cases arise, the parties shall discuss them in future motions.

provides for a cleaner, more efficient resolution of the parties' disputes, with reduced risks of prejudice to either party.

The motion to stay is accordingly GRANTED pending resolution of the underlying actions. All dates now set on the Court's calendar for this matter are VACATED.

Every sixty (60) days from this Order's signature date, or sooner if any underlying actions are resolved, the parties shall file a joint status report advising the Court of (1) the status of this action and (2) resolution of the underlying actions. As always, the parties are highly encouraged to resolve their dispute without court assistance.

IT IS SO ORDERED.

Dated: March 21, 2014

UNITED STATES DISTRICT JUDGE

2