| | |
|---|---|
| HANSON BRIDGETT LLP<br>Alexander J. Berline, SBN 158098<br>Christine Hiler, SBN 245331<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 | SEDGWICK LLP<br>Bruce D. Celebrezze, SBN 102181<br>Nicholas J. Boos, SBN 233399<br>333 Bush Street, 30th Floor<br>San Francisco, California 94104<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| Attorneys for Plaintiffs and Counterdefendants AMERICAN HOME REALTY NETWORK, INC. and JONATHAN J. CARDELLA | Attorneys for Defendants and Counterclaimants TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOME REALTY NETWORK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 3:13-cv-00984 SC<br><br>(Related to Case No. 3:13-cv-00360 SC)<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM**<br><br>**[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |

Plaintiffs and counterdefendants American Home Realty Network, Inc. and Jonathan J. Cardella and defendants and counterclaimants Travelers Casualty Insurance Company of America, Travelers Indemnity Company of Connecticut, and The Travelers Property Casualty Company of America, by and through their counsel of record, hereby stipulate that the above-captioned action

1  be dismissed with prejudice in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

2  Civil Procedure, and request that the Court so order.  Each party shall bear his or its own attorneys'

3  fees and costs.

4       IT IS SO STIPULATED.

6  DATED: September 11, 2015     HANSON BRIDGETT LLP

8  By:   */s/ Alexander J. Berline*

9  Alexander J. Berline
Attorneys for Plaintiffs and Counterdefendants
10 AMERICAN HOME REALTY NETWORK,
INC. and JONATHAN J. CARDELLA

12 DATED: September 11, 2015     SEDGWICK LLP



IT IS SO ORDERED
9/15/2015
Judge Samuel Conti

15 By:   */s/ Bruce D. Celebrezze*

Bruce D. Celebrezze
Nicholas J. Boos
Attorneys for Defendants and Counterclaimants
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, TRAVELERS
INDEMNITY COMPANY OF CONNECTICUT,
and THE TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

*Attestation Regarding Signatures: Pursuant to Civil L.R. 5-1(i), Bruce D. Celebrezze hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories identified above, which shall serve in lieu of their signatures on the document.*